**In the Interest of B.C., Plaintiff;**

**A.C. (Mother), Appellant;**

**K.C. (Father), Defendant,**

v.

**Juvenile Officer, Respondent.**

**No. WD 70013.**

Missouri Court of Appeals, Western District.

Jan. 13, 2009.

Loretta Bruns–Bucklew, Kansas City, MO, Guardian for B.C.

Gerard Eftink, Raymore, MO, for Appellant.

Michael R. Fogal, for Respondent.

Sandra J. Wirtel, Kansas City, MO, for Defendant.

Before DIV II: DANDURAND, P.J., LOWENSTEIN and SMART, JJ.

### ORDER

PER CURIAM.

This appeal is from a judgment terminating the parental rights of A.C. (Mother) and K.C. (Father) as to B.C., a female child born in August 2006. Mother appeals. Judgment affirmed. Rule 84.16(b).